UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| Heather Rudy, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>- against -<br><br>Family Dollar Stores, Inc.,<br><br>                Defendant | 1:21-cv-03575 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS COMPLAINT**

1. On July 5, 2021, Plaintiff filed the Complaint. ECF No. 1.

2. On November 10, 2021, Defendant filed a Motion to Dismiss the Complaint. ECF No. 24.

3. In accordance with this Court's Minute Entry, Plaintiff will file an Opposition to Defendant's Motion to dismiss by December 15, 2021. ECF No. 22.

Dated: November 19, 2021

                                                  Respectfully submitted,

                                                  Sheehan & Associates, P.C.
                                                  /s/Spencer Sheehan
                                                  Spencer Sheehan
                                                  60 Cuttermill Rd Ste 409
                                                  Great Neck NY 11021
                                                  Tel: (516) 268-7080
                                                  Fax: (516) 234-7800
                                                  spencer@spencersheehan.com