UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER RUDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br><br>Defendant. | Case No.: 1:21-cv-03575<br><br>Honorable Marvin E. Aspen |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, Heather Rudy and Family Dollar Stores, Inc., by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action with prejudice, including all claims and causes of action, with each Party to bear its own costs and fees.

Dated: April 28, 2022

Sills Cummis & Gross P.C.

/s/ Trent Dickey
Trent Dickey (NJ #024321982)
tdickey@sillscummis.com
1 Riverfront Plaza
Newark NJ 07102
Tel: (973)643-7000

Cory D. Anderson (ARDC# 6274473)
Rock Fusco & Connelly, LLC
321 N. Clark, Suite 2200
Chicago, IL 60654
312-494-1000
canderson@rfclaw.com

*Attorneys for Defendant*

Sheehan & Associates, P.C.

/s/ Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

*Attorneys for Plaintiff*